UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MUNTALA SALU, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:18-cv-00674-KOB-SGC |
| ) | |
| JEFF B. SESSIONS, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot filed July 16, 2018. In the motion, Respondents note that ICE removed the Petitioner from the United States on June 19, 2018, and he is no longer in ICE custody. (Doc. 16).

Because the Petitioner is no longer in ICE custody, the court can no longer provide meaningful relief. Thus, the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). The court finds that the Respondents' motion to dismiss as moot should be granted.

The court will enter a separate Final Order.

DONE and ORDERED this 6th day of August, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE